```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

SAVE OUR WETLANDS                          *      CIVIL ACTION

VERSUS                                     *      NO. 08-2159

TERREBONNE LEVEE &                         *      SECTION "F"
CONSERVATION DISTRICT

<u>ORDER</u>

Save Our Wetlands brings this lawsuit pursuant to § 505 of the Clean Water Act against the Terrebonne Levee & Conservation District, claiming that the Levee District initiated construction on the Reach J1 of the "Morganza to the Gulf Hurricane Protection Project" without first obtaining a Clean Water Act § 404 dredge and fill permit from the United States Army Corps of Engineers. Save Our Wetlands seeks to enjoin the construction of the levee until the permit is obtained and a civil penalty up to $24,440,000.

Now before the Court is the Levee District's motion to dismiss for the plaintiff's failure to join necessary parties, or, in the alternative, for joinder of the Army Corps and the Louisiana Department of Transportation and Development. The Levee District alleges that the Corps and the Department have significant interests relating to the subject of the action. The Levee District also claims that it may be subject to multiple or inconsistent

1

obligations should the lawsuit proceed without these parties. How this is so has not been adequately explained to the Court.

    This case involves matters of widespread community interest, and, accordingly, the Court will hear oral argument on this motion on July 30, 2008, at 10:00 a.m.

    New Orleans, Louisiana, June 25, 2008.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE